UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00216 |
| | ) | JUDGE CAMPBELL |
| SURESH PATEL | ) | |

## ORDER

Pending before the Court is a Motion of Defendant Suresh Patel to Permit International Travel (Docket No. 1). The Motion is GRANTED.

Defendant Suresh Patel is permitted to travel to India for family and religious reasons between the dates of February 25, 2014, and March 31, 2014. The Probation Office shall set any appropriate conditions on the travel.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE